UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  
Duamel Vellon

Case No. 6:24-bk-02734-TPG  
Chapter 7

Debtor.

And

Maria Guadalupe Jimenez  
*aka* Maria Guadalupe Jimenez  
*aka* Lupita Jimenez

Joint Debtor.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**RE: 87 & 89 N CENTRAL AVE, UMATILLA, FL 32784**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within (21) twenty-one days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**

COMES NOW, GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, by and through its undersigned attorneys, and moves the Court for an Order Granting Relief from the Automatic Stay pursuant to 11 USC 362(d)(1) and 11 USC 362(d)(2)(A) and in support thereof would show:

1. That Debtor(s) filed a Chapter 7 voluntary petition which began this case on May 30, 2024.

2. This is a motion pursuant to Bankruptcy Rule 4001(a) for relief from the automatic stay provisions of Section 362(a) of the Bankruptcy Code.

3. GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, is a secured creditor by virtue of a promissory note and mortgage on real commercial property which have been reduced to a Final Judgment awarding foreclosure to the Movant. Said real commercial property has the following legal description:

PARCEL A:

Lot 1, Block G, B. C. YANCEY'S ADDITION TO THE TOWN OF UMATILLA, according to the map or plat thereof as recorded in Plat Book 1, Page 30, Public Records of Lake County, Florida, LESS and EXCEPT the West 15 feet thereof reserved for street.

PARCEL B:

That part of the former right of way of State Road 19 in Lake County, Florida, as shown on the Florida Department of Transportation Right of Way Map Section 11100-2503, lying Easterly of and adjoining the Easterly line of Lot 1, Block G, B. C. YANCEY'S ADDITION TO THE TOWN OF UMATILLA, according to the map or plat thereof as recorded in Plat Book 1, Page 30, Public Records of Lake County, Florida, more particularly described as follows: A strip of said former right of way 0.75 feet in width, bounded on the South by the Easterly projection of the Southerly line of said Lot 1 and bounded on the North by the Easterly projection of the Northerly line of said Lot 1.

The note and mortgage are attached hereto as **Exhibit "A."**

4. The aforementioned documents give the secured creditor, GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, a second mortgage position on commercial real property commonly known as: 87 & 89 N Central Ave, Umatilla, FL 32784.

5. The Debtor is indebted to the secured creditor in the approximate amount of $844,561.67, plus post judgment interest, pursuant to a Final Judgment entered on <u>May 23, 2024,</u> as set forth in GREENTECH MANAGEMENT, LLC, A

CALIFORNIA LIMITED LIABILITY COMPANY's, Affidavit of Indebtedness which is attached to this motion as **Exhibit "B".**

6. The Debtor was a named "Guarantor Defendant" in the 5th Judicial Circuit in Lake County, Florida Circuit Case number 2023-CA-002322 styled <u>Greentech Management LLC, a California limited liability company v DMMD Holdings, et. al</u> hereinafter referred to as the "State Court case". The Debtor is only a guarantor of the loan given by Movant and he has no property interest in the subject property being foreclosed.

7. Movant' obtained a foreclosure judgment on May 23, 2024 via a Consent Final Partial Judgment of Foreclosure (the "Final Judgment") in the State Court case in the amount of $844,561.67 which is an encumbrance against the subject property. **<u>See Exhibit C.</u>**

8. Movant's estimated value of the property is $682,039.00. The source of this estimated value of the real property is the Lake County Property Record Card which is attached as **Exhibit "D."**

9. The Debtor failed to adequately protect the interest of the secured creditor by failing to make any payments on the loan in violation of the joint and several liability guarantee agreements which made Debtor liable under the terms of the note, mortgage and various guarantee agreements.

10. There is not sufficient equity in the property to pay the Final Judgment.

11. GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, is prohibited from going to the foreclosure sale set for July 30, 2024 due to the automatic stay imposed when Debtor filed this Chapter 7 case, and that in the absence of the court's Order allowing the secured creditor, GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, to proceed with the Foreclosure action, the movant will not be able to use the sale proceeds to offset the guarantees made by Debtor.

Wherefore, GREENTECH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, requests this Court issue an Order Granting Movant Relief from the Automatic Stay.

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of July, 2024 a copy of the foregoing was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Duamel Vellon
6441 S. Chicksaw Trail
Ste 150
Orlando, FL 32829

Maria Guadalupe Jimenez
6441 S. Chicksaw Trail
Ste 150
Orlando, FL 32829

Robert Branson
1501 E. Concord Street
Orlando, FL 32803

Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708

United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

24-331530

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  
Duamel Vellon

Case No. 6:24-bk-02734-TPG  
Chapter 7

Debtor.

And

Maria Guadalupe Jimenez  
*aka* Maria Guadalupe Jimenez  
*aka* Lupita Jimenez

Joint Debtor.

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

| | |
|---|---|
| STATE OF CALIFORNIA | ss. |
| COUNTY OF LOS ANGELES | |

Before me, this day, personally appeared, Jaime Laurent, who being first duly sworn, deposes and says:

1. That this Affidavit is based upon personal knowledge and not upon information or belief.

2. That he is the Chief Operating Officer for Secured Creditor, Greentech Management, LLC a California Limited Liability Company, and is authorized

to make this Affidavit; that he is familiar with the payments and charges due and payable under the debtor(s) promissory note and mortgage, the credits which have been made thereon, and with the financial records kept in connection therewith.

3. The Debtor is a guarantor under a promissory note secured by a mortgage which went into default and then resulted in the entry of a Final Judgment providing for foreclosure of certain real property located in Lake County, FL. The mortgage (now a Final Judgment) is currently due for $844,561.67, plus all post judgment interest thereon.

4. The following amounts are due:

| | |
|---|---|
| Principal, Interest, Attorneys' Fees and Taxable Costs | $864,561.67 |
| Credit for Stipulation Payments made as applicable | -$20,00.00 |
| Post-Judgment Interest since May 23, 2024 | $5,618.86 |
| **TOTAL DUE MOVANT** | $850,180.53 |

That by reason of the aforesaid default and failure to have paid the Final Judgment, Movant has elected to seek relief by drafting this Affidavit along with a Motion for Relief from the Automatic Stay.

5. That your affiant makes the aforesaid statements in support of the Movant's Motion for Relief from the Automatic Stay.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Name: Jaime B. Laurent

_____
Title: Chief Operating Officer
Greentech Management LLC

Sworn to and subscribed before me this ____ day of June, 2024 by _____ (Affiant Name). Personally known _____ OR Produced Identification _____

(Type of Identification)

_____See attached._____
NAME OF NOTARY

(Seal)

24-331530 BK01 303
Case No.: 6:24-bk-02734-TPG

3

# CALIFORNIA JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20TH day of JUNE, 2024, by

(1) Jaime B. Laurent,
Name of Signer
proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (✗)

(and)

(2) _____,
Name of Signer
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
Signature of Notary Public

MICHAEL OHANNESIAN
Notary Public - California
Los Angeles County
Commission # 2483466
My Comm. Expires Mar 28, 2028

Place Notary Seal Above

---

**Further description of Any Attached Document**

Title or Type of Document: Affidavit in Support of Motion for Relief from the Automatic Stay

Document Date: _____  Number of Pages: 7

Signer(s) Other Than Named Above: _____